**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF TEXAS**

**BEAUMONT DIVISION**

*************************************************

| | | |
|---|---|---|
| RAJU MEGANATHAN, et al, | * | CIVIL ACTION NO: |
| Plaintiffs | * | 1:13-cv-00497 |
| | * | |
| v. | * | DISTRICT JUDGE |
| | * | MARCIA A. CRONE |
| SIGNAL INTERNATIONAL, LLC, et al, | * | |
| | * | MAGISTRATE JUDGE |
| Defendants | * | ZACK HAWTHORN |
| | * | |

*************************************************

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR THE SIGNAL DEFENDANTS

Defendants, Signal International, L.L.C., Signal International, Inc., Signal International Texas, G.P., and Signal International, L.P. (collectively the "Signal Defendants"), through undersigned counsel, respectfully moves this court for an Order withdrawing Jonathan M. Herman and The Middleberg Riddle Group as counsel of record for Signal International, L.L.C., Signal International, Inc., Signal International Texas, G.P., and Signal International, L.P. on the grounds that neither Mr. Herman nor The Middleberg Riddle Group represent the Signal Defendants any longer; rather, the defense of the Signal Defendants in this litigation is exclusively being handled by undersigned counsel of the firm Hangartner Rydberg & Terrell, LLC.

WHEREFORE, The Signal Defendants pray that this Motion to Withdraw Counsel of Record be granted and that Jonathan M. Herman and The Middleberg Riddle Group be permitted to withdraw as counsel of record for Signal International, L.L.C., Signal International, Inc., Signal International Texas, G.P., and Signal International, L.P., for all purposes in this proceeding.

Dated this 3rd day of April, 2014.

RESPECTFULLY SUBMITTED BY:

BY:     */s/ Erin Casey Hangartner* (WEP by JMH)
Erin Casey Hangartner, La. Bar No. 24768
Alan Dean Weinberger, La. Bar No. 13331
Hal D. Ungar, La. Bar No. 31344
Elham R. Rabbani, La. Bar No. 33322
HANGARTNER RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras Street, Suite 310
New Orleans, LA 70139
Telephone (504) 522-5690
Facsimile: (504) 522-5689
ehangartner@hanrylaw.com
aweinberger@hanrylaw.com
hungar@hanrylaw.com
erabbani@hanrylaw.com

and

Patricia A. Bollman, La. Bar 17563
A Professional Law Corporation
Post Office Box 13707
New Orleans, LA 70185
Telephone: (504) 218-5887
Facsimile: (504) 304-0890
patricia@bollmanfirm.com

*Counsel for Signal International, L.L.C.,*
*Signal International, Inc.,*
*Signal International Texas, G.P., and*
*Signal International, L.P.*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 3, 2014, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to non-CM/ECF participants.

                 */s/ Jonathan M. Herman*